IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 07-238 |
| ) | |
| BRUCE CHARLES TATE ) | |

## O R D E R

AND NOW, this __13th__ day of November, 2007, upon consideration of the government's Motion for Revocation of Bond and for Issuance of an Arrest Warrant, it is hereby ORDERED that, for the reasons set forth in the government's Motion, the defendant's bond is hereby revoked and an arrest warrant shall issue. The defendant shall remain in custody pending a hearing on his release status in accordance with the government's Motion.

_____
United States District Judge

cc: All counsel of record
    U.S. Marshals Service