IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. 07-238 |
| | ) |
| BRUCE CHARLES TATE, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 18th day of July, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered July 6, 2007, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, July 23, 2008 at 10 a.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster           ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Gregory J. Nescott,
    Assistant United States Attorney

    Chris Rand Eyster, Esq.
    100 Ross Street
    Suite 304
    Pittsburgh, PA 15219

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation